# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcus Angelo Caples-Guerra, | Civil No. 19-cv-1423 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| State of Minnesota, et al., | |
| Defendants. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 18, 2019 (ECF No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

2. The application to proceed *in forma pauperis* of plaintiff Marcus Angelo Caples-Guerra (ECF No. 2) is **DENIED.**

3. Caples-Guerra's motion to restore rights (ECF No. 3) is **DENIED AS MOOT.**

4. Caples-Guerra's motion to discharge debt (ECF No. 4) is **DENIED AS MOOT.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: 7/11/19

s/Patrick J. Schiltz
The Honorable Patrick J. Schiltz
United States District Court Judge
for the District of Minnesota